LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
2 North 20th Street
Suite 1000
Birmingham, AL 35203
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

March 27, 2025

Clerk, United States Bankruptcy Court
P. O. Box 1248
Montgomery, AL 36102-1248

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor | Michele Lake |
| Case Number | 25-80249 |
| Chapter | 13 |
| Secured Creditor | MEB Loan Trust VIII |
| Loan Number | XXXXXX9469 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

MEB Loan Trust VIII
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
2 North 20th Street
Suite 1000
Birmingham, AL 35203

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Jackson E. Duncan, III*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
2 North 20th Street
Suite 1000
Birmingham, AL 35203
Phone: 205-208-1804
Email: Jackson.Duncan@mccalla.com
Attorney Bar No: 4919N67J

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA


IN RE:  MICHELE LAKE,                          CASE NO. 25-80249

DEBTOR.                                        CHAPTER 13


**<u>CERTIFICATE OF SERVICE</u>**


       I hereby certify that on 03/27/2025 a copy of the foregoing Notice of Appearance was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses registered with the Court.


Sabrina L. McKinney

trustees_office@ch13mdal.com

Charles M. Ingrum,

bankruptcy@ilclawoffice.com


       /s/ Jackson E. Duncan, III
       Jackson E. Duncan, III, Attorney Bar No. 4919N67J
       1544 Old Alabama Road
       Roswell, GA  30076
       Phone: 205-208-1804 / Fax: 312-803-9663