# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF ALABAMA - OPELIKA DIVISION

In Re:                                                Case No. 25-80249

MICHELE LAKE AKA MICHELE WELLS          Chapter 13
LAKE AKA MICHELE W LAKE,

      Debtor(s).

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for MEB Loan Trust VIII and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for MEB Loan Trust VIII and not as counsel of record. The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to LR 9010-3(a).

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Brian K. Jordan
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.     Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 28, 2025                              ALDRIDGE PITE, LLP

/s/ Brian K. Jordan
Brian K. Jordan
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
bjordan@aldridgepite.com

ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF ALABAMA - OPELIKA DIVISION

| | |
|---|---|
| In re | Case No. 25-80249 |
| MICHELE LAKE AKA MICHELE WELLS LAKE AKA MICHELE W LAKE, | Chapter 13 |
| Debtor(s). | CERTIFICATE OF SERVICE |

On March 28, 2025, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

Dated: March 28, 2025

/s/ Brian K. Jordan
Brian K. Jordan
Telephone: (858) 750 7600
Facsimile: (619) 590-1385

<h1 style="text-align:center">SERVICE LIST</h1>

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Michele Lake
1905 St. Andrews Way
Phenix City, AL 36867

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Charles M. Ingrum, Jr.
Ingrum & Layson, LLC
PO Box 229
Opelika, AL 36803
bankruptcy@ilclawoffice.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

**BANKRUPTCY ADMIN.**
**(VIA ELECTRONIC NOTICE)**

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
ba@almb.uscourts.gov