# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

**IN RE:**

**Michele Lake,**                                         **Case No. 25-80249**

**Debtors.**                                         **Chapter 13**

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COME NOW, Debtor(s) Michele Lake, by and through the undersigned counsel and file this

Objection to Trustee's Motion to Dismiss as follows:

Objection to Trustee's Motion to Dismiss as follows:

1. The Trustee filed a Motion to Dismiss, stating that Debtor(s) have failed to make payments to the Trustee pursuant to the terms of the confirmed plan.

2. Debtor report she were unable to make her full monthly payments.

3. Debtor is now able to continue making her full monthly payments.

4. Debtor wish to remain in Chapter 13 Bankruptcy and have the ability to continue funding her Plan.

WHEREFORE THESE PREMISES CONSIDERED, Debtor respectfully request that this

Honorable Court will allow her to continue in Chapter 13 bankruptcy and give her the opportunity

to pay out her Plan.

RESPECTFULLY SUMBITTED this 16th day of February, 2026.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Debtors
INGRUM & LAYSON, LLC
830 Avenue A, Ste. B
Opelika, AL 36801
(334) 745-3333
(334) 460-2287 – fax
bankruptcy@cijllaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing Objection to Trustee's Motion to Dismiss was served on Danielle Greco, Bankruptcy Administrator, and Sabrina L McKinney, Chapter 13 Trustee, via electronic noticing in accordance with the Local Rules of this Court on this 16th day of February, 2026.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Debtors
INGRUM & LAYSON, LLC
830 Avenue A, Ste. B
Opelika, AL 36801
(334) 745-3333
(334) 460-2287 – fax
bankruptcy@cijllaw.com